UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TYRONE YOUNGS,

      Plaintiff,

  v.

SAN FRANCISCO POLICE DEPARTMENT, and
SAN FRANCISCO SHERIFF'S DEPARTMENT,

      Defendants.

No. C 14-0055 RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. The IFP application lacks two necessary documents: (a) a prison trust account statement showing transactions for the last six months, and (b) a Certificate of Funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a prison trust account statement showing transactions for the last six months **and** (2) a Certificate of Funds signed by an authorized prison officer, **or** (3) full payment for the filing fee of $350.00. His IFP applications (Docket Nos. 4 and 10) are DENIED without prejudice. The Clerk shall enter judgment in favor of defendants, terminate Docket Nos. 4 and 10, and close the file.

**IT IS SO ORDERED**.

DATED: February 18, 2014

                              RICHARD SEEBORG
                              United States District Judge