*E-Filed 6/2/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYRONE YOUNGS,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, and SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>  Defendants. | No. C 14-0055 RS (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A COMPLETE IN FORMA PAUPERIS APPLICATION BY JULY 15, 2014** |

This civil rights action was dismissed because plaintiff failed to pay the filing fee or file an application to proceed *in forma pauperis* ("IFP"). His motion to reopen the action (Docket Nos. 14, 15, and 20) is GRANTED. The judgment (Docket No. 13) and the order of dismissal (Docket No. 12) are VACATED.

A new IFP application will be sent to plaintiff. He must file the completed application on or before July 15, 2014, or the action will be dismissed, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. **No extensions of time will be granted.** The Clerk shall terminate Docket Nos. 14, 15, and 20.

**IT IS SO ORDERED**.

DATED: June 2, 2014

_____
RICHARD SEEBORG
United States District Judge

No. C 14-0055 RS (PR)
ORDER REOPENING ACTION