*E-Filed 7/17/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYRONE YOUNGS, | No. C 14-0055 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT, and SAN FRANCISCO SHERIFF'S DEPARTMENT, | |
| Defendants. | |

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a prison trust account statement showing transactions for the last six months **and** (2) a Certificate of Funds signed by an authorized prison officer, **or** (3) full payment for the filing fee of $400.00. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: July 17, 2014

RICHARD SEEBORG
United States District Judge

No. C 14-0055 RS (PR)
ORDER OF DISMISSAL